Certificate Number: 12433-PAM-DE-036047174

Bankruptcy Case Number: 21-01868


12433-PAM-DE-036047174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2021, at 11:33 o'clock PM EDT, Joseph Capurso completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 7, 2021　　　　By: /s/Lisa Susoev

　　　　　　　　　　　　　　Name: Lisa Susoev

　　　　　　　　　　　　　　Title: Teacher