IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Capurso <u>Debtor(s)</u> | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 <u>Movant</u> vs. | NO. 21-01868 MJC |
| Joseph Capurso <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos <u>Trustee</u> | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.