United States Bankruptcy Court

Middle District of Pennsylvania

In re:          Case No. 21-01868-MJC

Joseph Capurso          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Aug 11, 2023      Form ID: ordsmiss      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Capurso, 247 Winona Road, Mount Pocono, PA 18344-1007 |
| 5432243 | + | CARRIAGE HOUSE, CONCORD SERVICING CORP, PO BOX 29352, PHOENIX, AZ 85038-9352 |
| 5432245 | + | CHRISTOPHER CAPURSO, 247 WINONA ROAD, MOUNT POCONO, PA 18344-1007 |
| 5441789 | | St. Luke's University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 11 2023 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5432241 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 11 2023 18:33:00 | Apple Card - Gs Bank Usa, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5432242 | + | EDI: CITICORP.COM | Aug 11 2023 22:32:00 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5432244 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 11 2023 18:33:00 | CARRINGTON MORTGAGE SERVICES, 1600 SOUTH DOUGLASS ROAD, SUITE 110 & 200-A, ANAHEIM, CA 92806 |
| 5432246 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2023 18:43:36 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5443323 | | EDI: CITICORP.COM | Aug 11 2023 22:32:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5432247 | | EDI: DISCOVER.COM | Aug 11 2023 22:32:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 5432248 | + | EDI: CITICORP.COM | Aug 11 2023 22:32:00 | DSNB/MACYS, PO BOX 8218, MASON, OH 45050 |
| 5434206 | | EDI: DISCOVER.COM | Aug 11 2023 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5441836 | | Email/Text: BNCnotices@dcmservices.com | Aug 11 2023 18:33:00 | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5432249 | | EDI: IRS.COM | Aug 11 2023 22:32:00 | IRS, ACS SUPPORT - STOP 5050, PO BOX 219236, KANSAS CITY, MO 64121-9236 |
| 5441788 | + | Email/Text: mpmamgr@ptd.net | Aug 11 2023 18:33:00 | Mount Pocono Municipal Authority, 1361 Pocono Blvd, Suite 101, Mount Pocono, PA 18344-1045 |
| 5432250 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 11 2023 18:33:00 | NISSAN MOTOR ACCEPTANCE CORP, BANKRUPTCY DEPARTMENT, PO BOX 660366, DALLAS, TX 75266-0366 |
| 5442191 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 11 2023 18:33:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001-9013 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5432251 | + | EDI: AGFINANCE.COM | Aug 11 2023 22:32:00 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5435474 | + | EDI: AGFINANCE.COM | Aug 11 2023 22:32:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5432252 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 11 2023 18:33:00 | RMP LLC, 8085 KNUE ROAD, INDIANAPOLIS, IN 46250-1921 |
| 5432253 | + | EDI: RMSC.COM | Aug 11 2023 22:32:00 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5432517 | + | EDI: RMSC.COM | Aug 11 2023 22:32:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5440646 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 11 2023 18:33:00 | THE BANK OF NEW YORK MELLON, at. el., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5432254 | | Email/Text: vci.bkcy@vwcredit.com | Aug 11 2023 18:33:00 | VW CREDIT, PO BOX 3, HILLSBORO, OR 97123 |
| 5436367 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 11 2023 18:33:00 | VW Credit, Inc. dba Volkswagen Credit, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5452348 | *+ | Mount Pocono Municipal Authority, 1361 Pocono Boulevard, Suite 101, Mount Pocono, PA 18344-1045 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor VW Credit Inc., d/b/a Volkswagen Credit kebeck@bernsteinlaw.com, |

jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com

Robert J Kidwell, III
on behalf of Debtor 1 Joseph Capurso rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Joseph Capurso lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Capurso,           Chapter    13

   **Debtor 1**

Case No.    5:21−bk−01868−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 11, 2023

ordsmiss (05/18)